**[J-57A-2017, J-57B-2017 and J-57C-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 10 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Judgment of Superior |
| | : | Court entered on June 6, 2016 at 3014 |
| | : | EDA 2014 (reargument denied August |
| v. | : | 2, 2016) affirming the October 9, 2014 |
| | : | Order of the Court of Common Pleas, |
| | : | Philadelphia County, Criminal Division |
| JAWAYNE K. BROWN, | : | at Nos. CP-51-CR-0102174-2005 and |
| | : | CP-51-CR-0609071-2006. |
| Appellee | : | |
| | : | ARGUED:  September 12, 2017 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 11 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Judgment of Superior |
| | : | Court entered on June 6, 2016 at 3046 |
| | : | EDA 2014 (reargument denied August |
| v. | : | 2, 2016) affirming the October 9, 2014 |
| | : | Order of the Court of Common Pleas, |
| | : | Philadelphia County, Criminal Division |
| RICHARD BROWN, | : | at No. CP-51-CR-0102173-2005. |
| | : | |
| Appellee | : | ARGUED:  September 12, 2017 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 12 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Judgment of Superior |
| | : | Court entered on June 6, 2016 at 3054 |
| | : | EDA 2014 (reargument denied August |
| v. | : | 2, 2016) affirming the October 9, 2014 |
| | : | Order of the Court of Common Pleas, |
| | : | Philadelphia County, Criminal Division |
| AQUIL BOND, | : | at No. CP-51-CR-0102171-2005. |
| | : | |
| Appellee | : | ARGUED:  September 12, 2017 |

## ORDER

**PER CURIAM**

    **AND NOW,** this 21st day of February, 2018, the appeal is **DISMISSED** as having been improvidently granted.

    Justice Dougherty files a concurring statement.

    Justices Donohue and Mundy did not participate in the consideration or decision of this case.